Strafford, } No. 4062.
July 2, 1951. }

LINDSEY H. KING *v.* JOHN L. SMALLDON, *Sup't & a.*

*William H. Sleeper* and *Robert Shaw* (*Mr. Shaw* orally), for the plaintiff.

*Gordon M. Tiffany,* Attorney General and *Fred W. Hall, Jr.,* County Solicitor (*Mr. Tiffany* orally), for the defendants.

JOHNSTON, C. J. The plaintiff concedes that he is no longer restrained of his liberty and that he has been discharged by the defendants from their custody. His right to the relief that he seeks is accordingly a moot question. *Gobin* v. *Hancock*, 96 N. H. 450. The defendants' motion to dismiss is granted.

*Case discharged.*

All concurred.